**DISMISS; and Opinion Filed March 26, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01263-CV

**JERRY GOH AND LAW OFFICES OF JERRY GOH, P.C., Appellants**
**V.**
**CELEBRITY DENTAL, P.C., Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-5609**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Brown

Appellants' brief in this case is overdue. By postcard dated January 29, 2015, we notified appellants the time for filing appellants' brief had expired. We directed appellants to file their brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

/Ada Brown/
ADA BROWN
JUSTICE

141263F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JERRY GOH AND LAW OFFICES OF
JERRY GOH, P.C., Appellants

No. 05-14-01263-CV          V.

CELEBRITY DENTAL, P.C., Appellee

On Appeal from the 14th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-5609.
Opinion delivered by Justice Brown. Justices
Bridges and Fillmore participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CELEBRITY DENTAL, P.C. recover its costs of this
appeal from appellants JERRY GOH AND LAW OFFICES OF JERRY GOH, P.C.


Judgment entered this 26th day of March, 2015.